## W. REICHLEY v. Felicitas REICHLEY.
### (No. 1563.)

(Court of Civil Appeals of Texas. El Paso. Jan. 24, 1924. Rehearing Denied Feb. 21, 1924.)

Appeal from District Court, El Paso County; Ballard Coldwell, Judge.

John T. Hill, of El Paso, for appellant.
D. G. Grantham, of El Paso, for appellee.

HARPER, C. J. Appellee brought this suit against appellant for divorce upon the ground of cruel and inhuman treatment, alleging and testifying to acts of violence to her person, and that he called her vile names, etc. Tried before the court and a judgment for plaintiff.

The assignments and propositions raise three questions, and urged as grounds for reversal. Pleadings and proof insufficient and condonation of all acts of cruelty. We think there is no reversible error.

Affirmed.